This memorandum opinion was not selected for publication in the New Mexico Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                                          **NO. 30,582**

**DONNA HARTE, a/k/a**
**DONNA LOPEZ-HOLLINGSHEAD,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Stephen Bridgforth, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

The Law Offices of Nancy L. Simmons, P.C.
Nancy L. Simmons
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**CASTILLO, Chief Judge.**

Defendant Donna Harte appeals the district court's orders revoking her probation and imposing judgment and sentence.

On June 14, 2011, this Court filed a second notice of proposed summary disposition, again proposing to affirm. On July, 21, 2011, Defendant filed a second memorandum in opposition, re-asserting the arguments set forth in her first memorandum and suggesting in the alternative that the appeal be reassigned to the general calendar. Having duly considered Defendant's memoranda in opposition, we affirm the district court for the reasons stated in our first and second notices of proposed summary disposition.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Chief Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**RODERICK T. KENNEDY, Judge**